# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| Hus Hari Buljic Individually and as Administrator of the Estate of Sedika Buljic, Honario Garcia Individually and as Administrator of the Estate of Reberiano Leno Garcia, and Arturo de Jesus Hernandez and Miguel Angel Hernandez as Co-Administrators of the Estate of Jose Ayala, <br><br> Plaintiffs, <br><br> v. <br><br> Tyson Foods, Inc., Tyson Fresh Meats, Inc., John H. Tyson, Noel W. White, Dean Banks, Stephen R. Stouffer, Tom Brower, Mary A. Oleksiuk, Elizabeth Croston, Tom Hart, Hamdija Beganovic, James Cook, Ramiz Muheljic, Gustavo Cabarea, Pum Pisng, Alex Buff, Walter Cifuentes, Muwi Hlawnceu, Cody Brustkern, Mark Smith, and John/Jane Does 1-10, <br><br> Defendants. | Case No. 6:20-cv-02055-KEM <br><br> **PLAINTIFFS' MOTION TO REMAND** |

Plaintiffs, through counsel, respectfully request, for the reasons set forth in the Brief filed contemporaneously herewith, that the Court (1) remand this action to the District Court for Black Hawk County, Iowa, and (2) enter a judgment against Defendants imposing costs and attorneys' fees associated with this action.

DATED this 26th day of August 2020.

                                                 */s/ Thomas P. Frerichs*
                                                 Thomas P. Frerichs (AT0002705)
                                                 Frerichs Law Office, P.C.
                                                 106 E. 4th Street, P.O. Box 328
                                                 Waterloo, IA 50704-0328
                                                 319.236.7204 / 319.236.7206 (fax)
                                                 tfrerichs@frerichslaw.com

John J. Rausch
Rausch Law Firm, PLLC
3909 University Ave., P.O. Box 905
Waterloo, IA 50704-0905
319.233.3557 / 319.233.3558 (fax)
rauschlawfirm@dybb.com

Mel C. Orchard, III
G. Bryan Ulmer, III
Gabriel Phillips
The Spence Law Firm, LLC
15 S. Jackson Street
P.O. Box 548
Jackson, WY 83001
307.337.1283 / 307.337.3835 (fax)
orchard@spencelawyers.com
ulmer@spencelawyers.com
phillips@spencelawyers.com

*Attorneys for the Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August 2020, a true and correct copy of the above and foregoing Plaintiffs' Motion to Remand was served via CM/ECF Electronic Transmission on the following:

> Kevin J. Driscoll
> **Finley Law Firm, P.C.**
> 699 Walnut Street, Suite 1700
> Des Moines, Iowa 50309
> Email: kdriscoll@finleylaw.com
>
> Christopher S. Coleman
> **Perkins Coie LLP**
> 2901 N. Central Avenue
> Suite 2000
> Phoenix, Arizona 85012
> Email: CColeman@perkinscoie.com
>
> Mary Gaston
> **Perkins Coie LLP**
> 1201 Third Avenue
> Suite 4900
> Seattle, Washington 98101-3099
> Email: MGaston@perkinscoie.com
>
> *Attorneys for Defendants Tyson Foods, Inc.*
> *and Tyson Fresh Meats, Inc.*

               */s/ Thomas P. Frerichs*
               Thomas P. Frerichs
               Frerichs Law Office, P.C.