## SWORN AFFIDAVIT OF
## HUS HARI BULJIC

STATE OF IOWA )

COUNTY OF BLACK HAWK ) ss.

)

I, Hus Hari Buljic, being first duly sworn on oath, depose and state the following:

I am the husband of Sedika Buljic. Sedika's last day of work at the Tyson Waterloo plant was April 14, 2020. On April 16, 2020, Sedika had a doctor's appointment with MercyOne using Telemedicine and her symptoms included dry cough, fatigue, malaise, shortness of breath, and loss of appetite. On April 18, 2020, Sedika was diagnosed with COVID-19. On April 18, 2020, I called the paramedics after finding her unresponsive at home. On April 18, 2020, medical examiner Dr. Bickley, pronounced Sedika dead.

Dated this 25th day of August, 2020.

_____
Hus Hari Buljic
526 West 8th St.
Waterloo, IA 50702


Signed and sworn to before me by Hus Hari Buljic on this 25th day of August, 2020.

_____
Notary Public in and for the State of Iowa

THOMAS P. FRERICHS
COMMISSION NO. 710197
MY COMMISSION EXPIRES
6-7-22