## SWORN AFFIDAVIT OF HONARIO GARCIA

STATE OF IOWA )

COUNTY OF BLACK HAWK ) ss.

)

I, Honario Garcia, being first duly sworn on oath, depose and state the following:

I am the son of Reberiano Leno Garcia and currently the Executor of his Estate. Reberiano's last day of work at the Tyson Waterloo plant was April 11, 2020. On April 17, 2020, Reberiano was admitted to the Emergency Room at Wheaton Franciscan Healthcare in Waterloo with symptoms that included shortness of breath, fever, and acute respiratory failure. On April 17, 2020, Reberiano was immediately intubated and placed on a ventilator. On or about April 17, 2020, he was diagnosed with COVID-19. On April 23, 2020, Reberiano was pronounced dead.

Dated this 25th day of August, 2020.



Honario Garcia
200 Julie Court
Waterloo, IA 50702


Signed and sworn to before me by Honario Garcia on this 25th day of August, 2020.

_____
Notary Public in and for the State of Iowa

THOMAS P. FRERICHS
COMMISSION NO. 710197
MY COMMISSION EXPIRES
6-7-22