## SWORN AFFIDAVIT OF
## ARTURO DE JESUS HERNANDEZ

STATE OF TEXAS )
COUNTY OF WEBB ) ss.
)

I, Arturo De Jesus Hernandez, being first duly sworn on oath, depose and state the following:

I am the brother of Jose Luis Ayala, Jr and Co-Executor of his Estate. Jose's last day of work at the Tyson Waterloo plant was before April 13, 2020. On April 13, 2020, Jose presented to the Emergency Room at Allen Memorial Hospital in Waterloo with symptoms that included shortness of breath, dry cough and fever. Jose was admitted to Allen Hospital and his condition deteriorated rapidly. On April 13, 2020, Jose was intubated and was diagnosed with COVID-19. Jose remained intubated in the hospital and unresponsive from April 13, 2020, until his death on May 25, 2020.

Dated this 26th day of August, 2020.

_____
Arturo De Jesus Hernandez
4615 Corrada Ave
Laredo, TX 78046

Signed and sworn to before me by Arturo De Jesus Hernandez on this 26th day of August, 2020.

_____
Notary Public in and for the State of Texas

MARIA E GARCIA
Notary ID #128946122
My Commission Expires
April 5, 2024