IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| Hus Hari Buljic individually and as Administrator of the Estate of Sedika Buljic, Honario Garcia individually and as Administrator of the Estate of Reberiano Leno Garcia, and Arturo de Jesus Hernandez and Miguel Angel Hernandez as Co-Administrators of the Estate of Jose Luis Ayala, Jr., <br><br> Plaintiffs, <br><br> vs. <br><br> Tyson Foods, Inc., Tyson Fresh Meats, Inc., John H. Tyson, Noel W. White, Dean Banks, Stephen R. Stouffer, Tom Brower, Mary A. Oleksiuk, Elizabeth Croston, Tom Hart, Hamdija Beganovic, James Cook, Ramiz Muheljic, Gustavo Cabarea, Pum Pisng, Alex Buff, Walter Cifuentes, Muwi Hlawnceu, Cody Brustkern, Mark Smith, and John/Jane Does 1-10, <br><br> Defendants. | CASE NO. 6:20-cv-02055 <br><br> **NOTICE OF ERRATA** |

COME NOW Defendants, Tyson Foods, Inc., and Tyson Fresh Meats, Inc., and hereby files this Notice of Errata:

1. Defendants Tyson Foods, Inc., and Tyson Fresh Meats, Inc., filed its Resistance to Motion to Remand with the Declaration of Barbara Masters attached on September 9, 2020. At the time of filing, the Declaration of Barbara Masters was the only document that Defendants were able to attach.

2. Attached hereto is Resistance to Motion to Remand and the Declaration of Barbara Masters with all exhibits attached.

WHEREFORE, Defendants Tyson Foods, Inc., and Tyson Fresh Meats, Inc. request that its Resistance be substituted for the previously filed Resistance.

/s/ Kevin J. Driscoll
Kevin J. Driscoll    AT0002245
**FINLEY LAW FIRM, P.C.**
699 Walnut Street, Suite 1700
Des Moines, Iowa 50309
Telephone: 515-288-0145
Facsimile: 515-288-2724
Email:     kdriscoll@finleylaw.com

ATTORNEYS FOR DEFENDANTS
TYSON FOODS, INC. AND TYSON
FRESH MEATS, INC.

Original e-filed.

Copy to:

Thomas P. Frerichs
**Frerichs Law Office, P.C.**
106 E. 4th Street, P.O. Box 328
Waterloo, Iowa 50704-0328
319.236.7204 / 319.236.7206 (fax)
tfrerichs@frerichslaw.com

John J. Rausch
**Rausch Law Firm, PLLC**
3909 University Ave., P.O. Box 905
Waterloo, Iowa 50704-0905
319.233.35557 / 319.233.3558 (fax)
rauschlawfirm@dybb.com

Mel C. Orchard, III
G. Bryan Ulmer, III
Gabriel Phillips
**The Spence Law Firm, LLC**
15 S. Jackson Street
P. O. Box 548
Jackson, Wyoming 83001
307.337.1283 / 307.337.3835 (fax)
orchard@spencelawyers.com
ulmer@spencelawyers.com
phillips@spencelawyers.com
*Attorneys for the Plaintiffs*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 9th day of September, 2020 by:

☐ U.S. Mail ☐ FAX
☐ Hand Delivered ☐ UPS
☐ Federal Express ☒ Electronic Filing
☐ E-mail ☐ Other _____

/s/ Leah Swanson