

## Essential Employee Verification

**INSTRUCTIONS TO TEAM MEMBERS:**

- **Keep this letter with you at all times.**
- **If you are stopped by law enforcement, show them this letter.**
- **Please keep identification with you at all times.**

**TO WHOM IT MAY CONCERN:**

**The holder of this letter is an employee of Tyson Foods (or one of its subsidiaries) and must be free to engage in his or her work.**

As the largest U.S. food company, Tyson's operations are vital to the continuing ability to produce and deliver food products during the current national emergency, and Tyson has been designated by the United States Department of Homeland Security as critical to the infrastructure of the United States. Furthermore, the President of the United States recently instructed employees of the food and agriculture industry that they "have a special responsibility to maintain [their] normal work schedule," and to continue to perform their job functions during the present national emergency.[1]

Please be aware that Tyson employees are therefore "Essential Critical Infrastructure Workers"[2] and should be considered exempt from local restrictions such as curfews, shelter-in-place orders, and other mobility restrictions, which would inhibit their ability to freely carry out their duties as a Tyson employee, including traveling to, returning from, or otherwise performing related work functions.

Accordingly, Tyson asks that you allow this individual to continue with the performance of his or her job so that they may continue to provide services essential to the continued production of food.

Please call [NUMBER] immediately with any questions or concerns.

Sincerely,
Tyson Foods

---

[1] See https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf
[2] See https://www.cisa.gov/publication/guidance-essential-critical-infrastructure-workforce

Tyson Foods   2200 W. Don Tyson Parkway   Springdale, Arkansas 72762