| From: | Masters, Barbara |
|---|---|
| To: | Courson, Rusty |
| Subject: | FW: Tyson Foods PPE/Sanitation Needs |
| Attachments: | image002.png |
| | PPE and sanitization needs Tyson.xlsx |

We sent this to FEMA as a needs request...

**From:** Masters, Barbara
**Sent:** Wednesday, April 1, 2020 4:30 PM
**To:** Penry, Charles <Charles.Penry@tyson.com>; Mika, Matt <Matt.Mika@tyson.com>
**Subject:** FW: Tyson Foods PPE/Sanitation Needs

If our overall needs come up – this is what we sent – the N95 masks identified here – 25,000 are for healthcare – our nurses have always used them – same amount as pre-Covid-19
NITRILE exam gloves 9we can find latex but need nitrile due to allergies) - 106,000 (we usually use 6000 in a month)
Infrared thermometers - we requested 2000

Then the issue of 116,000 protective face coverings that are of sanitary design that won't become a foreign object – and on behalf of the whole industry FSIS inspection personnel would be 9000/day



**Barb Masters, DVM**
VP Regulatory Policy, Food and Agriculture
Law Department

**Tyson Foods**
1000 F Street NW, Ste. 600
Washington, DC 20004

(mobile) 304-268-8128
(desk) 479-290-1348
barbara.masters@tyson.com