**please identify quantity of goods needed for next 30 days of operation; please do not identify items that you already have on hand

Your Organization: _____  Date: _____

| Definitions | States or Regions requiring this item. Optional detail can be broken out 1-row per state if possible | Quantity needed due to federal regulatory requirement (worker safety, food safety, other protection) | Please Specify Regulatory Requirement | Quantity needed due to state regulatory requirement (worker safety, food safety, other protection) | Please Specify Regulatory Requirement | Quantity needed due to local regulatory requirement (worker safety, food safety, other protection) | Please Specify Regulatory Requirement | Quantity needed due to Buyer/food supplier requirement (worker safety, food safety, other protection) | Quantity needed due to standard voluntary company practice (worker safety, food safety, other protection) | Quantity needed due to voluntary company practice for COVID-19 precautions (worker safety, food safety, other protection) | Total Quantity Needed for next 30 days of operation (should sum Columns E,G,I,K,L,M) | Quantity of item used in normal 30 days of operation during this period (same time last year) | Are there alternatives products or practices available? Would you need regulatory flexibility in order to implement an identified alternative? If so, please specify the applicable regulation. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Item | State(s) | Quantity to meet Federal Regulation | Please Specify Regulatory Requirement | Quantity to meet State Regulation | Please Specify Regulatory Requirement | Quantity to meet Local Regulation | Please Specify Regulatory Requirement | Quantity to meet Buyer/ Food Supplier Requirements | Quantity to obtain normal course of operations (per month) | Quantity due to Voluntary - COVID-19 precautionary | Quantity Needed (Next 30 days) Calculated | Total Items Used Same Time Last Year | |
| EXAMPLE: N95 masks | GA, NY, MI | 50 | | 25 | | 25 | | 25 | 25 | 25 | 175 | 1000 | |
| Nitrile Exam Gloves | | | | | | | | | 6000 | 100000 | 106000 | 6000 | |
| N95 Masks | | | | | | | | | 25000 | | 25000 | 25000 | |
| Infrared Thermometers | | | | | | | | | | 2000 | 2000 | 0 | |
| | | | | | | | | | | | 0 | | |
| | | | | | | | | | | | 0 | | |
| | | | | | | | | | | | 0 | | |
| | | | | | | | | | | | 0 | | |
| | | | | | | | | | | | 0 | | |
| | | | | | | | | | | | 0 | | |
| | | | | | | | | | | | 0 | | |
| | | | | | | | | | | | 0 | | |
| | | | | | | | | | | | 0 | | |