From: Masters, Barbara
To: Penry, Charles; Mika, Matt
Subject: Fwd: [EXTERNAL] - RE: Tyson Foods PPE/Sanitation Needs Follow-up Based on CDC Call Yesterday
Attachments: image002.png

We are at least being heard. I said thanks for now.

Begin forwarded message:

> From: "SM.OSEC.Foodsupplychain" <Foodsupplychain@usda.gov>
> Date: April 3, 2020 at 7:15:23 PM EDT
> To: "Masters, Barbara" <Barbara.Masters@tyson.com>
> Cc: "Beal, Mary Dee - OSEC, Washington, DC" <MaryDee.Beal@usda.gov>
> Subject: **[EXTERNAL] - RE: Tyson Foods PPE/Sanitation Needs Follow-up Based on CDC Call Yesterday**
>
> Hi Barb –
>
> I apologize for the delay replying to this. I want to let you know that USDA did work to communicate this message throughout this week on behalf of the food supply chain.
>
> We are taking every action to inform FEMA of the need for PPE in the food supply chain and build considerations for the food supply chain into their greater supply chain efforts.
>
> I've copied my email address here. Please don't hesitate to reach out if you'd like to discuss Tyson's next steps after the WH announcement today or any other issues related to the food supply chain.
>
> Mary Dee Beal
>
> **From:** Masters, Barbara <Barbara.Masters@tyson.com>
> **Sent:** Tuesday, March 31, 2020 1:24 PM
> **To:** SM.OSEC.Foodsupplychain <Foodsupplychain@usda.gov>
> **Subject:** Tyson Foods PPE/Sanitation Needs Follow-up Based on CDC Call Yesterday
>
> We appreciate the opportunity to make you aware of critical PPE supply shortages to will share with FEMA. We understand that you do not have access to the supplies and are not ensuring our access but trying to better advise FEMA where critical needs are most urgently required to ensure worker safety and protect the food supply. After we submitted our request yesterday, we became aware that CDC may be reversing their position on protective face coverings, especially for critical infrastructure workers. We understand they may suggest some type of protective facial covering (less than

required for health care workers) to protect employees from respiratory droplets.

If this becomes reality, we (and all of the critical infrastructure) will need these supplies. If CDC makes this a recommendation, we will be compelled to provide this additional protection to our employees. In absence of supply, our critical infrastructure business (and likely) much of the food supply would not be able to operate without the necessary PPE. We currently have 116,000 team members that would require these protective facial coverings on a daily basis. Obviously, depending on the durability and re-usability of the equipment and the length of time needed this would determine the total demand by our company.



**Barb Masters, DVM**

VP Regulatory Policy, Food and Agriculture
Law Department

**Tyson Foods**
1000 F Street NW, Ste. 600
Washington, DC 20004

(mobile) 304-268-8128
(desk) 479-290-1348
barbara.masters@tyson.com

---

This email and any files transmitted with it are confidential and intended solely for the use of the addressee. If you are not the intended addressee, then you have received this email in error and any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. Please notify us immediately of your unintended receipt by reply and then delete this email and your reply. Tyson Foods, Inc. and its subsidiaries and affiliates will not be held liable to any person resulting from the unintended or unauthorized use of any information contained in this email or as a result of any additions or deletions of information originally contained in this email.


This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.