| From: | Masters, Barbara |
|---|---|
| To: | Williams, Jennifer (Dunes) |
| Cc: | Griffino, Alison; Cameron, Zachary |
| Subject: | Re: Meat and Poultry COVID-19 PPE Needs Form - Beef Packers |
| Attachments: | image002.png |

We are working directly with FEMA and USDA. Donnie and Dean had a call with other CEOs yesterday that generated this latest request. NAMI will likely send out request. For Tyson Matt Mika has been asked to coordinate gathering the info through procurement.

> On Apr 15, 2020, at 1:37 PM, Williams, Jennifer (Dunes) <Jennifer.Williams@tyson.com> wrote:
>
> Didn't know if there was a coordinated response from Tyson working with NAMI? We received two different requests- one for beef and one for pork.
>
> **From:** KatieRose McCullough <KMcCullough@meatinstitute.org>
> **Sent:** Wednesday, April 15, 2020 11:49 AM
> **To:** Ali Mohseni <amohseni@americanfoodsgroup.com>; Angel Besta <abesta@greateromaha.com>; Angie Siemens <Angie_siemens@cargill.com>; Art Rogers <art.rogers@jbssa.com>; Ashley Lembke <alembke@americanfoodsgroup.com>; Brad Churchill <Brad_Churchill@cargill.com>; Brad McDowell <brad.mcdowell@abfoodsusa.com>; Brenden McCullough <Brenden.McCullough@nationalbeef.com>; Brian Coehlo <brian@centralvalleymeat.com>; Brian McFarlane <Brian.Mcfarlane@jbssa.com>; Beauchamp, Catie <catie.beauchamp@coloradopremium.com>; Curtis Pittman <Curtis.Pittman@harrisranchbeef.com>; Dan Etzler <daniel_etzler@cargill.com>; Mallin, Daniel <Daniel.MallinJr@tyson.com>; Ike Baker <ibaker@bropac.com>; James Wilson <james.wilson@nationalbeef.com>; Janice Wynn <janice.wynn@harrisranchbeef.com>; Jeff Cromer <Jeff.cromer@abfoodsusa.com>; Jennifer Raspaldo <jraspaldo@osigroup.com>; Williams, Jennifer (Dunes) <Jennifer.Williams@tyson.com>; Jodi Robertson <Jodi.robertson@jbssa.com>; John Scanga <jscanga@meyerfoods.com>; Karen Watkins <kwatkins@schweidandsons.com>; Kari Godbey <kari@abpackers.net>; Katie Larson <KLarson@americanfoodsgroup.com>; Kristin Lindahl <kristin_lindahl@cargill.com>; Lisa Rabe <lrabe@chicagomeat.com>; Mark Kruel <MKreul@innout.com>; Mark Seyfert <mseyfert@bwfoods.com>; Mike Windisch <Mike_Windisch@cargill.com>; DCruz, Noel <Noel.DCruz@tyson.com>; Patrick Mies <Pat.Mies@nationalbeef.com>; Rachel Kunkler <RKunkler@bropac.com>; Reed Brown <Reed@bropac.com>; Ross Ullman <rullman@americanfoodsgroup.com>; Rudy Steiner <Rudy.Steiner@jbssa.com>; Sandy Adams <sandy.adams@jbssa.com>; Scott Leach <scott.leach@jbssa.com>; Sherri Williams <Sherri.Williams@jbssa.com>; Steve Van Lannen <svanlannen@americanfoodsgroup.com>; Terri Hall <Thall@centralvalley.com>; Trevor Caviness <trevor@cavinessbeef.com>; Willie Thielen <WillieT@wilmarmeat.com>; Cameron, Zachary <zachary.cameron@tyson.com>
> **Cc:** Norm Robertson <NRobertson@meatinstitute.org>; Mark Dopp

<mdopp@meatinstitute.org>; Clarissa Moreaux <CMoreaux@meatinstitute.org>; Roya Galindo <RGalindo@meatinstitute.org>; Julie Anna Potts <japotts@meatinstitute.org>
**Subject:** [EXTERNAL] - Meat and Poultry COVID-19 PPE Needs Form - Beef Packers
**Importance:** High

Please see the request for information below. USDA needs information on the industries PPE needs ASAP.

This request for information should be limited only to **unfulfilled** PPE needs required to maintain operational continuity over the next 60 days. **Please send the completed spreadsheet by email to *foodsupplychain@usda.gov* with the subject line "_____ Critical PPE Needs" by COB Wednesday, April 15.** If additional time is needed to complete this request, please provide the additional time frame needed in an email to USDA.

Let our team know if you have any questions. Thank you.


KR


**From:** Willits, Ashley - OSEC, Washington, DC <ashley.willits@usda.gov>
**Sent:** Wednesday, April 15, 2020 11:14 AM
**Cc:** Beal, Mary Dee - OSEC, Washington, DC <MaryDee.Beal@usda.gov>; Newsome, Shawna - OSEC, Washington, DC <Shawna.Newsome@usda.gov>; Adcock, Rebeckah - OSEC, Washington, DC <Rebeckah.Adcock@usda.gov>; Brady, Lillie - OSEC, Washington, DC <lillie.brady@usda.gov>
**Subject:** Meat and Poultry COVID-19 PPE Needs Form
**Importance:** High

Good morning,

Following up from earlier, USDA continues to work within the federal family to address the Personal Protection Equipment (PPE) needs in the meat and poultry supply chain. The **attached Excel sheet details the sector specific information we are working to update** – in particular, we would need information on the PPE your company uses that would also be used by the medical or first responder community, for example, N95 face masks, or surgical face masks or gloves, etc. This request for information should be limited only to **unfulfilled** PPE needs required to maintain operational continuity over the next 60 days.

Your company's participation in providing this information is completely voluntary. In addition to USDA's use, the information provided will be shared with FEMA and the Supply Chain Stabilization Taskforce to better inform their understanding of

supply needs in the meat and poultry industry.

Please note that USDA does *not* have access to critical equipment or supplies, and collection of this information does not guarantee that the equipment will be available or provided.

If you choose to participate in providing this information, **please send the completed spreadsheet by email to foodsupplychain@usda.gov with the subject line "_____ *Critical PPE Needs*" by COB Wednesday, April 15.** If additional time is needed to complete this request, please provide the additional time frame needed.

Please call/email if we can answer any questions about this request.

Best,
Ashley


<image002.png>

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

This message was received from outside the company.

---

Privileged or confidential information may be contained in this message. If you are not the
addressee indicated in this message (or responsible for delivery of the message to such
person), you may not read it, copy it or deliver or forward it to anyone. If this message has
been received in error, you should destroy this message and notify us immediately.

---

<PPE Survey Form 4.15.2020.xlsx>