UNITED STATES DEPARTMENT OF AGRICULTURE
FOOD SAFETY AND INSPECTION SERVICE
WASHINGTON, DC

| **FSIS NOTICE** | 18-20 | 4/3/20 |
|---|---|---|

# COVID-19 FUNDING USE FOR PAYROLL AND TRAVEL

## I. PURPOSE

Congress has appropriated Supplemental funding for the Food Safety and Inspection Service (FSIS) for increased costs associated with COVID-19. Congress has made this funding available in a separate fund for FSIS and the funding will be tracked separately from regular operating budgets/shorthand codes. This notice outlines the use of these funds for recording payroll time and attendance and travel expenditures.

## II. BACKGROUND

As a result of the COVID-19 pandemic, FSIS has received additional funding for increased expenditures associated with executing the FSIS mission during the pandemic. Expenditures may include non-reimbursable overtime for in-plant staff or travel expenditures associated with re-directing staff to cover staffing shortages.

## III. COVID-19 FUNDING GUIDANCE

A. FSIS will charge all additional incremental salary and travel costs attributable to the COVID-19 pandemic to the supplemental appropriation. Additional costs may include TDY travel, non-reimbursable overtime, and compensation for intermittent staff. The supplemental COVID-19 funding is expected to cover expenses incurred that are correlated with the COVID-19 crisis and would not have been incurred if the COVID-19 crisis did not occur.

B. All expenditures normally charged operating budget/shorthand codes, such as regular salaries paid to current employees, will remain funded by the FSIS current operating budget/shorthand codes and will not be charged to the COVID-19 funding.

## IV. PAYROLL

A. Employee payroll expenses incurred from regular operations are to continue to be charged to existing base Appropriations funding sources, based on current guidance. Only increased expenses associated with COVID-19 are to be charged to the supplemental COVID-19 funding.

1. **Effective Date for Payroll:** March 29, 2020 Pay Period 07

2. **Base Pay** for all staff except intermittent employees are to continue to be charged to existing funding sources and **not** COVID-19 funding, even if staff are re-deployed to assist with COVID-19 activities. The current supervisor will continue to certify time and attendance in WebTA for all employees, including those that are re-deployed to assist the Office of Field Operations (OFO).

| **DISTRIBUTION:** Electronic; All Field Employees | **NOTICE EXPIRES:** 4/1/21 | **OPI:** OPPD |
|---|---|---|

3. **Reimbursable Overtime or Holiday Pay** is to be charged to current reimbursable shorthand codes according to current policy. Reimbursable Overtime and Holiday Pay is **not** to be charged to COVID-19 funding.

4. **Non-Reimbursable Overtime:** in-plant personnel, including CSIs and re-directed personnel who work overtime when the plant is not in an overtime status, **are to** charge their non-reimbursable overtime to the COVID-19 supplemental funding. The employee is to use the COVID-19 shorthand code for the State and geographic location where the employee is working and deployed. See Appendix B for list of shorthand codes.

5. **Intermittent Staff:** As of the effective date of this document, all intermittent staff time are to be charged to COVID-19 funding and shorthand codes unless it is reimbursable overtime. All intermittent employees are to charge the appropriate supplemental funding shorthand code associated with the geographic location or State of their deployment for all base pay, as well as non-reimbursable overtime (NROT). See Appendix B for list of shorthand codes.

6. **Time and Attendance Certification:** Current supervisors in WebTA are to continue to certify time and attendance in WebTA for all employees, including those that have been re-deployed to assist the Office of Field Operations (OFO).

| Payroll COVID-19 Guidance ||
|---|---|
| **Current Funding Sources** | **COVID-19 Funding** |
| Base Pay except Intermittent Staff | Non-Reimbursable Overtime |
| Reimbursable Overtime | Intermittent Staff |
| Holiday Pay | |

### V. TDY TRAVEL

A. Travel associated with normal or routine business is to continue to be charged to the program's regular *operating budget.*

B. COVID-19 funding is to be used for travel for employee's TDY travel to cover personnel shortages due to the pandemic. Employees are to charge their transportation; M&IE, and all other travel related costs, as authorized under the Federal Travel Regulations (FTR), to the COVID-19 funding and shorthand codes associated with the destination location. This includes OFO personnel who are in plant and are being shifted to other in plant positions, staff reassigned from other program offices, and intermittent staff. Local travel to perform routine assignments, such as CSI patrol assignments, is not to be charged to COVID-19 funds.

C. **CONCUR TDY Approval:** TDY travel related to COVID-19 should be approved in CONCUR by the employee's current travel approvers.

### VI. QUESTIONS

Refer questions to the Financial Service Center (FSC), OCFO at FSCGeneral@USDA.Gov.

*Rachel A. Edelstein* (signature)

Acting Assistant Administrator
Office of Policy and Program Development

## Appendix A: COVID-19 Code Use

|  | Base Pay | Intermittent Staff Base Pay | Non-Reimbursable Overtime | Reimbursable Overtime and Holiday pay | Routine Travel | COVID Travel *(TDY and Local)* |
|---|---|---|---|---|---|---|
| **Description** | - OFO Full time employees<br>- Temporary reassignments | - All Intermittent Base Pay | - In plant personnel (Including CSI and Intermittent) working overtime where the plant is NOT in an overtime status<br>- OFO Full-time employees<br>- Temporary reassignments | - In plant personnel (Including intermittent) working reimbursable overtime or holidays based on current reimbursable policy<br>- OFO Full-time employees<br>- Temporary reassignments | - Regular travel related to mission (non-COVID) | - Travel to backfill for personnel shortages *(OFO or temporary reassignments)*<br>- All Intermittent staff travel |
| **Shorthand Code** | - Existing Program Shorthand Codes | - COVID-19 Shorthand Codes for State Assigned | - COVID-19 Shorthand Codes for State Assigned | - Existing Program Reimbursable Shorthand Codes | - Existing Program Shorthand Codes | - COVID-19 Shorthand Codes for State Assigned |
| **Approver** | - Current Supervisor *(even for reassigned staff)\** | - Current Supervisor | - Current Supervisor *(even for reassigned staff)\** | - Current Supervisor *(even for reassigned staff)\** | - Current Approver *(even for reassigned staff)\** | - Current Approver *(even for reassigned staff)\** |

3

# Appendix B: COVID-19 Payroll and Travel Shorthand Codes

| SHORTHAND CODE | State/Territory | DESCRIPTION |
|---|---|---|
| 5BMCVD0 | Alaska | COVID-19 AK SAL & EXP MISSION SUPPORT |
| 5VCCVD0 | Alabama | COVID-19 AL SAL & EXP MISSION SUPPORT |
| 5FBCVD0 | Arkansas | COVID-19 AR SAL & EXP MISSION SUPPORT |
| 5BNCVD0 | American Samoa | COVID-19 AS SAL & EXP MISSION SUPPORT |
| 5ACCVD0 | Arizona | COVID-19 AZ SAL & EXP MISSION SUPPORT |
| 5ABCVD0 | California | COVID-19 CA SAL & EXP MISSION SUPPORT |
| 5BBCVD0 | Colorado | COVID-19 CO SAL & EXP MISSION SUPPORT |
| 5NDCVD0 | Connecticut | COVID-19 CT SAL & EXP MISSION SUPPORT |
| 5TLCVD0 | District of Columbia | COVID-19 DC SAL & EXP MISSION SUPPORT |
| 5THCVD0 | Delaware | COVID-19 DE SAL & EXP MISSION SUPPORT |
| 5BACVD0 | Denver | COVID-19 DENV SAL & EXP MISSION SUPPORT |
| 5UCCVD0 | Florida | COVID-19 FL SAL & EXP MISSION SUPPORT |
| 5UBCVD0 | Georgia | COVID-19 GA SAL & EXP MISSION SUPPORT |
| 5BTCVD0 | Guam | COVID-19 GU SAL & EXP MISSION SUPPORT |
| 5BECVD0 | Hawaii | COVID-19 HI SAL & EXP MISSION SUPPORT |
| 5DBCVD0 | Iowa | COVID-19 IA SAL & EXP MISSION SUPPORT |
| 5BFCVD0 | Idaho | COVID-19 ID SAL & EXP MISSION SUPPORT |
| 5MBCVD0 | Illinois | COVID-19 IL SAL & EXP MISSION SUPPORT |
| 5MCCVD0 | Indiana | COVID-19 IN SAL & EXP MISSION SUPPORT |
| 5FCCVD0 | Kansas | COVID-19 KS SAL & EXP MISSION SUPPORT |
| 5VECVD0 | Kentucky | COVID-19 KY SAL & EXP MISSION SUPPORT |
| 5HDCVD0 | Louisiana | COVID-19 LA SAL & EXP MISSION SUPPORT |
| 5NECVD0 | Massachusetts | COVID-19 MA SAL & EXP MISSION SUPPORT |
| 5TDCVD0 | Maryland | COVID-19 MD SAL & EXP MISSION SUPPORT |
| 5NFCVD0 | Maine | COVID-19 ME SAL & EXP MISSION SUPPORT |
| 5MECVD0 | Michigan | COVID-19 MI SAL & EXP MISSION SUPPORT |
| 5DCCVD0 | Minnesota | COVID-19 MN SAL & EXP MISSION SUPPORT |
| 5FDCVD0 | Missouri | COVID-19 MO SAL & EXP MISSION SUPPORT |
| 5BUCVD0 | Norther Mariana Islands | COVID-19 MP SAL & EXP MISSION SUPPORT |
| 5VBCVD0 | Mississippi | COVID-19 MS SAL & EXP MISSION SUPPORT |
| 5BCCVD0 | Montana | COVID-19 MT SAL & EXP MISSION SUPPORT |
| 5TBCVD0 | North Carolina | COVID-19 NC SAL & EXP MISSION SUPPORT |
| 5DDCVD0 | North Dakota | COVID-19 ND SAL & EXP MISSION SUPPORT |
| 5BRCVD0 | Nebraska | COVID-19 NE SAL & EXP MISSION SUPPORT |
| 5NLCVD0 | New Hampshire | COVID-19 NH SAL & EXP MISSION SUPPORT |
| 5TCCVD0 | New Jersey | COVID-19 NJ SAL & EXP MISSION SUPPORT |
| 5HCCVD0 | New Mexico | COVID-19 NM SAL & EXP MISSION SUPPORT |
| 5ADCVD0 | Nevada | COVID-19 NV SAL & EXP MISSION SUPPORT |
| 5NCCVD0 | New York | COVID-19 NY SAL & EXP MISSION SUPPORT |
| 5MDCVD0 | Ohio | COVID-19 OH SAL & EXP MISSION SUPPORT |
| 5HECVD0 | Oklahoma | COVID-19 OK SAL & EXP MISSION SUPPORT |
| 5BDCVD0 | Oregon | COVID-19 OR SAL & EXP MISSION SUPPORT |
| 5NBCVD0 | Pennsylvania | COVID-19 PA SAL & EXP MISSION SUPPORT |
| 5UDCVD0 | Puerto Rico | COVID-19 PR SAL & EXP MISSION SUPPORT |
| 5NHCVD0 | Rhode Island | COVID-19 RI SAL & EXP MISSION SUPPORT |
| 5UFCVD0 | South Carolina | COVID-19 SC SAL & EXP MISSION SUPPORT |
| 5DECVD0 | South Dakota | COVID-19 SD SAL & EXP MISSION SUPPORT |
| 5VDCVD0 | Tennessee | COVID-19 TN SAL & EXP MISSION SUPPORT |
| 5HBCVD0 | Texas | COVID-19 TX SAL & EXP MISSION SUPPORT |
| 5BHCVD0 | Utah | COVID-19 UT SAL & EXP MISSION SUPPORT |
| 5TECVD0 | Virginia | COVID-19 VA SAL & EXP MISSION SUPPORT |
| 5UECVD0 | Virgin Islands | COVID-19 VI SAL & EXP MISSION SUPPORT |
| 5NMCVD0 | Vermont | COVID-19 VT SAL & EXP MISSION SUPPORT |
| 5BLCVD0 | Washington | COVID-19 WA SAL & EXP MISSION SUPPORT |
| 5DFCVD0 | Wisconsin | COVID-19 WI SAL & EXP MISSION SUPPORT |
| 5TFCVD0 | West Virginia | COVID-19 WV SAL & EXP MISSION SUPPORT |
| 5BPCVD0 | Wyoming | COVID-19 WY SAL & EXP MISSION SUPPORT |