IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| Hus Hari Buljic individually and as Administrator of the Estate of Sedika Buljic, Honario Garcia individually and as Administrator of the Estate of Reberiano Leno Garcia, and Arturo de Jesus Hernandez and Miguel Angel Hernandez as Co-Administrators of the Estate of Jose Luis Ayala, Jr., <br><br> Plaintiffs, <br><br> vs. <br><br> Tyson Foods, Inc., Tyson Fresh Meats, Inc., John H. Tyson, Noel W. White, Dean Banks, Stephen R. Stouffer, Tom Brower, Tom Hart, Cody Brustkern, John Casey, Bret Tapken, and James Hook, <br><br> Defendants. | Case No. 6:20-cv-02055-KEM |

**NOTICE OF APPEAL**

Notice is hereby given that all Defendants appeal to the United States Court of Appeals for the Eighth Circuit from the Order entered December 28, 2020 (Doc. 57) remanding this case to the Iowa District Court for Black Hawk County, as well as any and all orders related to Doc. 57. Defendants are entitled to appeal the remand order as of right because this case was removed under 28 U.S.C. § 1442(a). *See* 28 U.S.C. § 1447(d) ("an order remanding a case to the State court from which it was removed pursuant to section 1442 … of this title shall be reviewable by appeal or

otherwise"); *see, e.g., Jacks v. Meridian Res. Co.*, LLC, 701 F.3d 1224 (8th Cir. 2012) (appeal of federal officer removal as of right).

Because of the appeal as of right, it is Defendants' understanding that under Federal Rule of Civil Procedure 62(a) this Court's remand order is automatically stayed through January 27, 2020—30 days after its issuance. *See, e.g., Northrop Grumman Tech. Servs., Inc. v. DynCorp Int'l LLC*, No. 1:16cv534, 2016 WL 3180775, at *1–*2 (E.D. Va. June 7, 2016). In addition, Defendants intend to move in this Court for a stay through the pendency of this appeal. *See generally* Fed. R. App. P. 8(a).

Respectfully submitted,

/s/ Kevin J. Driscoll
Kevin J. Driscoll  AT0002245
**FINLEY LAW FIRM, P.C.**
699 Walnut Street, Suite 1700
Des Moines, Iowa 50309
Telephone: 515.288.0145
Facsimile: 515.288.2724
Email: kdriscoll@finleylaw.com

Christopher S. Coleman
(Admitted *pro hac vice*)
**Perkins Coie LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: 602.351.8000
Facsimile: 602-648.7000
Email: CColeman@perkinscoie.com

Mary Gaston
(Admitted *pro hac vice*)
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: MGaston@perkinscoie.com

**ATTORNEYS FOR DEFENDANTS TYSON FOODS, INC., TYSON FRESH MEATS, INC., JOHN H. TYSON, NOEL W. WHITE, DEAN BANKS, STEPHEN R. STOUFFER, and TOM BROWER**

 /s/ Nicholas Klinefeldt
Nicholas Klinefeldt
**FAEGRE DRINKER BIDDLE & REATH LLP**
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: 515.447.4717
Facsimile: 515.248.9010
Email:
    nick.klinefeldt@faegredrinker.com

**ATTORNEYS FOR DEFENDANTS TOM HART, CODY BRUSTKERN, JOHN CASEY, BRET TAPKEN, and JAMES HOOK**

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2020, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system as follows:

Thomas P. Frerichs
**Frerichs Law Office, P.C.**
106 E. 4th Street, P. O. Box 328
Waterloo, Iowa 50704-0328
319.236.7204 / 319.236.7206 (fax)
tfrerichs@frerichslaw.com

John J. Rausch
**Rausch Law Firm, PLLC**
3909 University Ave., P. O. Box 905
Waterloo, Iowa 50704-0905
319.233.35557 / 319.233.3558 (fax)
rauschlawfirm@dybb.com

Mel C. Orchard, III
G. Bryan Ulmer, III
Gabriel Phillips
**The Spence Law Firm, LLC**
15 S. Jackson Street
P. O. Box 548
Jackson, Wyoming 83001
307.337.1283 / 307.337.3835 (fax)
orchard@spencelawyers.com
ulmer@spencelawyers.com
phillips@spencelawyers.com

*Attorneys for the Plaintiffs*

        /s/ Kevin J. Driscoll