# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-1010

Hus Hari Buljic, individually and as administrator of the estate of Sedika Buljic, et al.

Appellees

v.

Tyson Foods Inc, et al.

Appellants

Mary Oleksiuk and Elizabeth Croston

Tom Hart

Appellant

Hamdija Beganovic, et al.

Cody Brustkern

Appellant

Mark Smith and John Does 1-10

Bret Tapken, et al.

Appellants

No: 21-1012

Oscar Fernandez, individually, and as administrator of the estate of Isidro Fernandez

Appellee

v.

Tyson Foods Inc, et al.

Appellants

Mary Oleksiuk and Elizabeth Croston

Tom Hart

Appellant

Hamdija Beganovic, et al.

Cody Brustkern, et al.

Appellants

_____

Appeals from U.S. District Court for the Northern District of Iowa - Eastern
(6:20-cv-02055-LRR)
(6:20-cv-02079-LRR)
_____

**ORDER**

The Appellants' motion to stay the district court's remand orders pending appeal has been considered by the court, and the motion is granted. Appellants' motion for an administrative stay is denied as moot.

It is further ordered that Appellants' unopposed motion to consolidate these cases is granted, and they are hereby consolidated for briefing and submission. The parties shall file consolidated briefs pursuant to the schedule previously established.

February 08, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans